IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> MAYNARD JOSEPH WHITE BEAR ) <br> ) <br> Defendant. ) | PETITION TO OPEN RECORDS <br><br> DOCKET NO. CR 20-42-GF-BMM |

Whereas the above-named defendant has pled guilty to Count 1: Involuntary Manslaughter and Count 2: Involuntary Manslaughter in the United States District Court for the District of Montana, the Petitioner requests all records pertaining to the defendant including law enforcement records; Fort Peck Tribal Court records, Roosevelt County Sheriff Department records, Phillips County Sheriff Department records, Wolf Point Police records, Roosevelt County District Court records, Phillips County District Court records, Roosevelt County Justice Court records, Wolf Point City Court records, Brockton City Court records, Culbertson City Court records, medical records; Montana Veteran Administration Health Care System and Medical Center records–Miles City and Fort Harrison, United States Navy personnel records, Northeast Montana Hospital/Trinity Hospital records, Fort Peck Indian Health Services records, Brockton High School records, Haskell Indian Nations University–Kansas, Fort Peck Tribal Personnel records, any mental health and/or substance abuse assessments/evaluations, progress notes and discharge summaries, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

Respectfully submitted,

_____
Antoinette M. Wells
United States Probation Officer

February 8, 2021
Date

==============================
## ORDER
==============================

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order this 8th day of February, 2021, the release of pertinent records concerning **MAYNARD JOSEPH WHITE BEAR** including law enforcement records; Fort Peck Tribal Court records, Roosevelt County Sheriff Department records, Phillips County Sheriff Department records, Wolf Point Police records, Roosevelt County District Court records, Phillips County District Court records, Roosevelt County Justice Court records, Wolf Point City Court records, Brockton City Court records, Culbertson City Court records, medical records; Montana Veteran Administration Health Care System and Medical Center records–Miles City and Fort Harrison, United States Navy personnel records, Northeast Montana Hospital/Trinity Hospital records, Fort Peck Indian Health Services records, Brockton High School records, Haskell Indian Nations University–Kansas, Fort Peck Tribal Personnel records, any mental health and/or substance abuse assessments/evaluations, progress notes and discharge summaries law enforcement records; law enforcement records; Cascade County Youth Court records, Cascade County Youth Probation records, medical records; any mental health and/or substance abuse assessments/evaluations, progress notes and discharge summaries, be made available to United States Probation for the purpose of preparing a Presentence Investigation Report for the Court.

_____
Honorable Brian Morris
Chief United States District Judge