## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**MAYNARD JOSEPH WHITE BEAR**<br><br>**Defendant.** | **CR 20-42-GF-BMM**<br><br><br><br>**ORDER** |

Upon unopposed motion of the United States, and for good cause shown,

The United States' motion to allow the family members of the victims to make statements by telephone at the sentencing hearing scheduled for April 7, 2021, at 1:30 p.m. is GRANTED.

The United States shall make all the necessary telephone conference arrangements with the Court systems staff in Great Falls, Montana.  The hearing will not be continued or interrupted if conferencing arrangements cannot be made or if the call signal is interrupted or lost.

DATED this 1st day of April 2021.

Brian Morris, Chief District Judge
United States District Court